IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DUNG COLLINGS, )<br>)<br>Defendant. ) | Criminal Action No.<br>07-00136-01-CR-W-DW |

O R D E R

On April 23, 2007, defendant moved for a judicial determination of mental competency. Defendant was examined by Christina Pietz, Ph.D., a forensic psychologist. It is the opinion of Dr. Pietz that defendant is competent to stand trial. During a hearing held before United States Magistrate Judge Robert Larsen on August 30, 2007, defendant and the government stipulated to the report of Dr. Pietz with one correction, that is, that defendant was convicted of aggravated assault and not attempted murder.

Therefore, with no objections having been filed and after making an independent review of the record, it is

ORDERED that defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the time between April 23, 2007, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is set for trial on the joint criminal jury trial docket which will commence September 17, 2007.

          /s/ DEAN WHIPPLE
          Dean Whipple
          United States District Court Judge

Date: September 12, 2007.